# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TORRECO HOSKIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-cv-02067-CLS-HGD |
| ) | |
| **OFFICER KENNEDY ROY,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

On July 17, 2015, the magistrate judge entered his Proposed Findings of Fact and Conclusions of Law, along with a recommendation for disposition of this action, and the parties were allowed therein fourteen (14) days in which to file objections. On July 30, 2015, plaintiff filed objections.

After careful consideration of the record in this case, the proposed findings of fact and conclusions of law and recommendation, and plaintiff's objections thereto, the court hereby ADOPTS the magistrate judge's proposed findings of fact and conclusions of law, and ACCEPTS his recommendations that judgment be entered in favor of defendant Kennedy Roy and against plaintiff Torreco Hoskin with respect to all remaining claims in this action, and that this action be dismissed with prejudice.

A separate order in conformity with this memorandum opinion will be entered contemporaneously herewith.

DONE this 1st day of September, 2015.

_____
United States District Judge